| | |
|---|---|
| CENTER FOR DISABILITY ACCESS<br>Ray Ballister Jr., Esq., SBN 111282<br>Phyl Grace, Esq., SBN 171771<br>Russell Handy, Esq., SBN 195058<br>Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax<br>phylg@potterhandy.com<br>Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN TRIANGLE BUILDING, LLC, a Delaware Limited Liability Company;<br>LUXE BEAUTY NETWORK, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 2:19-CV-08804-PSG-FFM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice; ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Golden Triangle Building, LLC, a Delaware Limited Liability Company and Luxe Beauty Network, Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 25, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

IT IS SO ORDERED.
DATED: 1/3/20
UNITED STATES DISTRICT JUDGE

1